No. 94–2048. REED v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–2049. STOLZ v. KSFM 102 FM ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–2051. JUMONVILLE v. RUBIN, SECRETARY OF TREASURY. C. A. 5th Cir. Certiorari denied.

No. 94–2052. CRISAN v. A. G. EDWARDS & SONS, INC., ET AL.; and DIDONATO v. A. G. EDWARDS & SONS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–2055. LAWRENCE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–2056. KEARNS v. TOYOTA MOTOR CO., LTD., ET AL.; KEARNS v. WOODS MOTORS, INC., ET AL.; KEARNS v. FRED LAVERY PORSCHE ET AL.; KEARNS v. FERRARI S. P. A. ET AL.; and KEARNS v. UNITED TECHNOLOGIES CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–2057. OWEN ET UX. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–2058. HIGHLAND FALLS-FORT MONTGOMERY CENTRAL SCHOOL DISTRICT ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–2059. LEHTO v. ALLSTATE INSURANCE CO. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–2061. JENKINS v. AMCHEM PRODUCTS, INC., ET AL. Sup. Ct. Kan. Certiorari denied.

No. 94–2062. CITY OF NATIONAL CITY ET AL. v. RATTRAY. C. A. 9th Cir. Certiorari denied.

No. 94–2063. PRIMEDICAL, INC., ET AL. v. ALLIED INVESTMENT CORP. C. A. D. C. Cir. Certiorari denied.